United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | No. C 03-5311 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| MONA SOLARI, | |
| Defendant. | |

On July 28, 2004, Plaintiff voluntarily dismissed, without prejudice, Defendant Mona Solari from the above-captioned action.

On July 29, 2004, this Court adopted Judge Ware's July 26, 2004 Order concerning all DIRECTV actions pending in the Northern District of California. Pursuant to Judge Ware's July 26, 2004 Order, this Court ordered that all remaining defendants in the above-captioned matter be dismissed without prejudice.

Accordingly, there are no remaining defendants in the instant action. Therefore,

IT HEREBY ORDERED THAT the Case Management Conference scheduled for May 18, 2005 at 3:45p.m. is VACATED.  All pending matters in the above-captioned matter are TERMINATED.  The clerk is directed to close the file

IT IS SO ORDERED.

Dated: 4-25-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge